FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JUN -8 PM 2: 21

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR421 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| CARLOS SANCHEZ, | ) | THE INDICTMENT |
| SHEILA FOX, | ) | AGAINST SHEILA FOX |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment against Defendant, SHEILA FOX, pursuant to Motion of the United States (Filing No.      ).

DATED this __8__ day of June, 2006.

BY THE COURT:

_____
JOSEPH F. BATAILLON
United States District Judge